**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 11-6233**

—————

PAUL CLEVELAND THOMPSON, JR.,

        Plaintiff - Appellant,

     v.

M. WADE, Sheriff; D. ROYAL, Supervisor Classification; MR.
WALKER, Classification and others to be named later; DEPUTY
FERGUSON,

        Defendants - Appellees,

     and

GENE M. JOHNSON, Director of Virginia Department of
Corrections (DOC) in their individual and official
capacities; HENRICO COUNTY MUNICIPALITY,

        Defendants.

—————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (2:10-cv-00174-RBS-TEM)

—————

Submitted: May 26, 2011          Decided: June 1, 2011

—————

Before KING, SHEDD, and DIAZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Paul Cleveland Thompson, Jr., Appellant Pro Se. Lisa H. Leiner,
HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for

Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Cleveland Thompson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thompson v. Wade, No. 2:10-cv-00174-RBS-TEM (E.D. Va. Jan. 18, 2011). We deny Thompson's motion for a declaratory judgment and for a preliminary and a permanent injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED